Appeal from Circuit Court, Hinds County; Russel D. Moore, Judge.
Perry, Phillips, Crockett, Morrison & Herring, Thomas W. Crockett, Jr., Jackson, Alfred G. Nicols, Jr., Brandon, for appellant.
Butler, Snow, O’Mara, Stevens & Canna-da, W. Scott Welch, III, Young, Scanlon & Sessums, Pat H. Scanlon, Jackson, for ap-pellee.
Before GILLESPIE, C. J., and SUGG and BROOM, JJ.
AFFIRMED.
PATTERSON and INZER, P. JJ., and SMITH, ROBERTSON, WALKER and LEE, JJ., concur.